THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d) (2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tyron Darnell Patterson, Appellant.
 
 
 
 
 

Appeal From Richland County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2010-UP-025 
 Submitted January 4, 2010  Filed January
25, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins,
 South Carolina Commission of Indigent Defense, Division of Appellate Defense,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Office of the Attorney General, and Warren Blair Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Tyron Darnell Patterson pled guilty to
 three counts of burglary first degree, kidnapping, and armed robbery. 
 Patterson appeals his concurrent sentences of fifteen years on each charge. 
 Patterson's counsel attached to the brief a petition to be relieved as counsel,
 stating that she had reviewed the record and concluded this appeal lacks
 merit.  Patterson did not file a pro se brief.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.